SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Shana A. Elberg
Suzanne D.T. Lovett
Four Times Square
New York, New York 10036
(212) 735-3000

Counsel for the Debtors and
 Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NAUTILUS HOLDINGS LIMITED, et al., | : | Case No. 14-22885 (RDD) |
| Debtors.[1] | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF EFFECTIVE DATE

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS,
AND OTHER PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE** that on January 30, 2015, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Confirmation Order") [Docket No. 318] confirming the Second Amended Joint Plan

---

[1] The Debtors and, where applicable, the last four digits of their Hong Kong taxpayer identification codes are as follows: Nautilus Holdings Limited, Nautilus Holdings No. 2 Limited, Nautilus Shipholdings No. 1 Limited, Nautilus Shipholdings No. 2 Limited, Nautilus Shipholdings No. 3 Limited, Able Challenger Limited (8877), Charming Energetic Limited (0936), Dynamic Continental Limited (0928), Earlstown Limited (1898), Findhorn Osprey Limited (8075), Floral Peninsula Limited (4549), Golden Knighthead Limited (6376), Magic Peninsula Limited (0950), Metropolitan Harbour Limited (7969), Metropolitan Vitality Limited (9019), Miltons Way Limited (6180), Perpetual Joy Limited (0897), Regal Stone Limited (3636), Resplendent Spirit Limited (8114), Superior Integrity Limited (0934), and Vivid Mind Limited (7935). The Debtors maintain offices at 445 Hamilton Avenue, 11th Floor, White Plains, New York, 10601; 35th FL, Citicorp Centre, 18 Whitfield Road, North Point, Hong Kong; 23rd FL, 248 Queen's Road East, Wanchai, Hong Kong; and Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda.

of Reorganization of Nautilus Holdings Limited and Certain of Its Affiliates [Docket No. 279] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to Sections 8.2 and 8.3 of the Plan, all Conditions Precedent to the Plan have either been satisfied or waived as of February 10, 2015.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and Plan are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601-4140. The Confirmation Order and Plan are also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at http://dm.epiq11.com/NTH.

**PLEASE TAKE FURTHER NOTICE** that all applications seeking approval of Professional Fee Claims shall be filed no later than thirty (30) days following the Effective Date, and must comply with the applicable provisions of the Bankruptcy Rules, the local Bankruptcy Rules, and any applicable order of the Bankruptcy Court.

Dated: New York, New York
February 10, 2015

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

By:   */s/ Jay M. Goffman*
     Jay M. Goffman
     Mark A. McDermott
     Shana A. Elberg
     Suzanne D.T. Lovett
     Four Times Square
     New York, New York 10036
     (212) 735-3000

     Counsel for the Debtors and
       Debtors in Possession

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

2